UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JENNIFER NELSON,    CIVIL NO. 14-3825 (PJS/JSM)

    Plaintiff,    <u>ORDER</u>

v.

BANK OF AMERICA, N.A.,

    Defendant.

This matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 12, 2015.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

    IT IS HEREBY ORDERED that

    Plaintiff's Motion for Temporary Restraining Order [Docket No. 8] is **DENIED** as moot.

Dated:    3/30, 2015

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge